**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 13-6049**

———————————

JOSEPH MICHAEL GRIFFITH,

              Plaintiff – Appellant,

       v.

CAPTAIN D. CLARK; OFFICER WHIDPEE; CAPTAIN CASTELLO; JOHN
DOE; OFFICER RUSSELL; SGT. BOYD,

              Defendants - Appellees.

———————————

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  Louise W. Flanagan,
District Judge.  (5:11-ct-03209-FL)

———————————

Submitted:  March 25, 2013          Decided:  March 28, 2013

———————————

Before KING and GREGORY, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Joseph Michael Griffith, Appellant Pro Se.  Peter Andrew
Regulski, Assistant Attorney General, Raleigh, North Carolina,
for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joseph Michael Griffith seeks to appeal the district court's order denying his motion for default judgment and granting Defendants' motions for extension of time and for leave to file the answer instanter. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The order Griffith seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process. The motion to dismiss the appeal is granted.

DISMISSED

2